MARTHA BOERSCH (CABN 126569)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515
BENJAMIN WOLINSKY (CABN 305410)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6996
    Fax: (415) 436-6570
    Email: benjamin.wolinsky@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NOAH ROSKIN-FRAZEE,<br><br>    Defendant,<br>_____<br><br>FIDELITY BROKERAGE SERVICES, LLC,<br><br>    and<br><br>FIDELITY WORKPLACE SERVICES, LLC,<br><br>    Garnishees. | CASE NO. 3:25-CR-00053 WHO<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CR 25-00053 WHO          1

1  The undersigned hereby certifies that she is an employee of the Office of the United States
Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on April 11, 2024, she caused a copy of:

   1) Stipulated Writ of Garnishment and Order

   2) Writ of Garnishment

   3) Answer of Garnishee

   4) Letter of Instructions to Garnishee

to be served by the method indicated below at the address stated below, which is the last known address:

**Via FedEx**

Fidelity Brokerage Services, LLC
Fidelity Workplace Services, LLC
Attn: Legal Order Processing/Garnishment
900 Salem St.
Smithfield, RI 02917

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 11, 2024

DIANA HUANG