UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOAH ROSKIN-FRAZEE,<br><br>Defendant,<br><br>FIDELITY BROKERAGE SERVICES, LLC,<br><br>and<br><br>~~FIDELITY WORKPLACE SERVICES, LLC,~~<br><br>Garnishees. | CASE NO. 3:25-CR-00053 WHO<br><br>**ANSWER OF GARNISHEE** |

FILED
MAY 01 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I, __Daryll Baxter_____, being first duly sworn, hereby state the following:

1. I am the __Manager_____ of the Garnishee named in the above caption.
   (Official Title)

I am authorized to prepare this Answer on behalf of the Garnishee.

2. The Garnishee was served with the Stipulated Writ of Garnishment on __April 23, 2025__ in this action.

3. Does the Garnishee currently have custody, control or possession of property in which the Defendant has an interest, specifically a Roth Individual Retirement Account, account ending in no. 2928?  Yes ✓   No ____

If the answer is yes, then provide the following information for each item of such property:

ANSWER OF GARNISHEE
3:25-CR-00053 WHO

1

| Description<br>of Property | Approximate<br>Value | Description of<br>Defendant's Interest |
|---|---|---|
| a. Roth IRA No. XXX-XX2928 | $293,925.86 | Sole owner |
| b. | | |
| c. | | |
| d. | | |

4. Does the Garnishee have any objections or defenses to the Stipulated Writ of Garnishment? Yes ___ No ✓

If the answer is yes, list the nature and basis of each objection and/or defense:

_____

_____

_____

_____

5. Are there any other continuing garnishments currently in effect? Yes ___ No ✓

If the answer is yes, describe below and attach to the Answer a copy of each continuing garnishment:

_____

_____

_____

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 25, 2025                FIDELITY BROKERAGE SERVICES, LLC,

~~FIDELITY WORKPLACE SERVICES, LLC,~~

By: *Daryll Baxter*

Name: Daryll Baxter, Agent/Employee of Fidelity Brokerage Services, LLC

Title: Manager

ANSWER OF GARNISHEE
3:25-CR-00053 WHO

2

# CERTIFICATE OF SERVICE

I, Daryll Baxter, declare:

That I am a citizen of the United States and employed in the County of Providence, State of Rhode Island; that my business address is:

900 Salem Street, Smithfield, Rhode Island 02917; that I am over the age of eighteen years; and that I am not a party to the above-entitled action.

That on April 25, 2025, I deposited in the United States mail, in an envelope bearing the requisite postage, a copy of:

## ANSWER OF GARNISHEE

Addressed separately to each of the following:

>Noah Roskin-Frazee
>c/o Miranda Kane
>CONRAD | METLITZKY | KANE LLP
>217 Leidesdorff Street
>San Francisco, CA 94111
>
>Benjamin J. Wolinsky
>Assistant U.S. Attorney
>450 Golden Gate Avenue, 9th Floor
>P.O. Box 36055
>San Francisco, CA 94102

at their last known addresses at which place there is service by United States mail.

This Certificate is executed on April 25, 2025, at Smithfield, Rhode Island

I certify under penalty of perjury that the foregoing is true and correct.

*Daryll Baxter*
(Sign above and type or print name below)
Daryll Baxter
Agent/Employee of Fidelity Brokerage Services, LLC

ANSWER OF GARNISHEE
3:25-CR-00053 WHO

3



April 25, 2025

Clerk United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:     **United States of America v Noah Roskin-Frazee**
        Case No.: CR250053WHO

Dear Clerk:

Enclosed for filing please find the Answer of Fidelity Brokerage Services, LLC, to the Writ of Garnishment(Retirement Account), that was issued in connection with the above-referenced matter.

Please send all future correspondence to Fidelity Investments, Attn: Court Order Restrictions, P.O. Box 770001, Cincinnati, OH 45277-0031. Overnight or certified mail can be sent to Fidelity Investments, Attn: Court Order Restrictions, 100 Crosby Pkwy, KC1D, Covington, KY 41015-0031.

If you have any questions, please call me at (617) 563-7367 between 8:30 AM and 5:00 PM Eastern Time.

Sincerely,

*Daryll Baxter* (signature)

Daryll Baxter
Fidelity Investments

cc:     Benjamin Wolinsky, AUSA
        Noah Roskin-Frazee c/o Miranda Kane
        Noah Roskin-Frazee

Enclosure

Fidelity Confidential Information