

Fidelity Investments
PO Box 770001
Cincinnati, OH 45277-0031

RECEIVED
MAY 01 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CLERK UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE, 16TH FLOOR
SAN FRANCISCO, CA 94102

-cr-00053-WHO    Document 19-1    Filed 05/01/25    P