

FILED

JUN 16 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

May 16, 2025

United States District Court
Northern District of California
San Francisco Division
Attn: Clerk of Court
450 Golden Gate Avenue, 16th Fl.
San Francisco, CA 94102

Re: U.S. v. Noah Roskin-Franzee
NO. 3:25-CR-00053 WHO

Dear Sir/Madam:

    Enclosed herewith please find the Answer of Garnishee.

    This response is written on behalf of Fidelity Workplace Services LLC ("Fidelity") who who performs processing, recordkeeping and shareholder servicing functions for institutional investors in the Fidelity group of mutual funds and also provides ministerial and recordkeeping services for defined contribution and defined benefit plans, health and welfare, and human resource and payroll programs for institutional clients. Fidelity provides administrative recordkeeping services for various employer-sponsored retirement plans and these services are provided in accordance with the terms of Plan documents and are based on administrative procedures that have been established at the direction of their respective plan sponsors.

    Please contact me should you have any questions regarding this matter at WHCGRgulatoryMatters@fmr.com.

Very truly yours,

*[signature]*

Tawanna R. Franklin
Senior Manager, Compliance

Enclosures

cc:    Noah Roskin-Frazee
       Defendant's Attorney, Mirando Kane
       Assistant US Attorney, Benjamin Wolinsky

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA
Plaintiff,

Civil Action No. 3:25-CR-00053 WHO

vs.

NOAH ROSKIN-FRAZEE,
Defendant,

And

FIDELITY INVESTMENTS,
Garnishee

## ANSWER OF GARNISHEE

1. Tawanna R. Franklin, being duly deposed says as follows:

2. I am an employee of Fidelity Investments, and my official title is Senior Manager, Compliance.

3. This response is written on behalf of Fidelity Workplace Services LLC ("Fidelity") who performs processing, recordkeeping and shareholder servicing functions for institutional investors in the Fidelity group of mutual funds and also provides ministerial and recordkeeping services for defined contribution and defined benefit plans, health and welfare, and human resource and payroll programs for institutional clients. Fidelity provides administrative recordkeeping services for various employer-sponsored retirement plans and these services are provided in accordance with the terms of Plan documents and are based on administrative procedures that have been established at the direction of their respective plan sponsors.

4. On or about May 2, 2025, Fidelity received the Stipulated Writ of Garnishment.

5. This Answer of Garnishee is notification that the Defendant does not have any employer-sponsored Plans recordkept at Fidelity.

6. Fidelity has received no previous garnishments relative to the Defendant.

7. To the extent the Defendant has a Personal Investing relationship with Fidelity, a separate Answer of Garnishee will be provided

8. Fidelity mailed a copy of this Answer by first-class mail on May 16, 2025 to (1) the Clerk of the United States District Court, 450 Golden Gate Avenue, 16th Fl., San Francisco, CA 94102; (2) Benjamin Wolinsky, Assistant US Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102; (3) Mirando Kane of Conrad | Metlitzky | Kane L.L.P., Defendant's Attorney, 217 Leidesdorff Street, San Francisco, CA 94111; and (4) Noah Raskin-Frazee, 2121 3rd Street, Unit 113, San Francisco, CA 94107.

_____
Tawanna R. Franklin
Senior Manager, Compliance

STATE OF TEXAS

On this day, before me, the undersigned notary public, personally appeared Tawanna R. Franklin, proved to me through satisfactory evidence of identification, which were a driver's license, to be the person whose name is signed on the preceding document, and acknowledged to me that she signed it voluntarily for its stated purpose.

In Witness Whereof, I hereunto set my hand and official seal.

_____
Notary Public



TIFFANY GRASS
Notary ID #134738667
My Commission Expires
January 30, 2028

Fidelity Investments
1 Destiny Way
Westlake, TX 76262

NORTH TEXAS TX 750
10 JUN 2025 PM 7 L
FIRST-CLASS

US POSTAGE [IMI] PITNEY BOWES
ZIP 76262
02 7H
0006199541
$ 000.69⁰
JUN 10 2025

RECEIVED
JUN 16 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

US District Court
ATTN: Clerk
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102

94102-342616