CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7193
FAX: (415) 436-6982
nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 25-00053 WHO |
| Plaintiff, ) | |
| v. ) | STIPULATION RE INTERIM DISBURSEMENT OF FUNDS IN CLERK'S ACCOUNT AND ORDER |
| NOAH ROSKIN-FRAZEE, ) | |
| Defendant. ) | |

The United States and defendant Noah Roskin-Frazee, by and through their respective counsel, hereby stipulate and agree as follows:

1. Pursuant to the plea agreement in the above-captioned matter and in the related case, No. 23-CR-00471 WHO, defendant Noah Roskin-Frazee agreed to deposit at least $1 million in the registry of the Court within 60 days of the entry of his guilty pleas and at least another $100,000 in the registry of the Court within 18 months of his guilty pleas. *See* Plea Agmt. ¶ 9. This money was to be deposited for the benefit of the defendant's restitution obligations. *Id.*

STIP & [PROPOSED] ORD. RE INTERIM DISBURSEMENT
U.S. v. ROSKIN-FRAZEE

2. The defendant has since deposited a total of $1,128,925.86 into the registry of the Court. *See* ECF Nos. 13, 19.

3. The Court has not yet made a final determination of the total restitution owed by the defendant, but the parties have agreed that it totals at least $3,945,096.32. *See* Plea Agmt. ¶ 9.

4. The defendant is enrolled in one of the Court's alternative justice programs; if the defendant successfully completes that program, the Court will likely not impose judgment for more than a year.

5. In light of this extended delay in the proceedings, the parties have determined that it is appropriate for the Clerk to make an interim distribution of the funds in the Clerk's registry to the victims and have agreed that the defendant should receive credit in this amount towards any restitution the Court eventually orders.

6. On October 17, 2024, prior to the guilty plea and sentencing in this case, the Court directed the Clerk to accept payment for the defendant's criminal monetary penalties and "maintain such funds in the Clerk's Registry, including interest earned thereon, pending any further order of the Court." ECF No. 27.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court enter an order in the form proposed directing the Clerk to disburse the funds it maintains under the above-captioned case including interest earned thereon, with three percent going to the victim identified in the Indictment as COMPANY A and 97 percent going to the victim identified in the Indictment as COMPANY B.

IT IS SO STIPULATED this 18th day of June, 2025.

| | |
|---|---|
| CRAIG H. MISSAKIAN<br>United States Attorney | CONRAD METLITZKY KANE LLP |
| /s/ Nikhil Bhagat | /s/ Miranda Kane |
| _____<br>NIKHIL BHAGAT<br>Assistant U.S. Attorney | _____<br>MIRANDA KANE<br>Counsel for Noah Roskin-Frazee |

## ORDER

Pursuant to the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of Court disburse approximately **97 percent** of the funds in the Clerk's registry that are designated under the case number 3:25-CR-00053 WHO to the victim identified as COMPANY B in the Indictment in case number 3:23-CR-00471;

IT IS FURTHER ORDERED that the Clerk of Court disburse approximately **three percent** of the funds in the Clerk's registry that are designated under the case number 3:25-CR-00053 WHO to the victim identified as COMPANY A in the Indictment in case number 3:23-CR-00471.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __June 20, 2025__      _____
HON. WILLIAM H. ORRICK
Senior United States District Judge