MIRANDA KANE (SBN 150630)
LIZ KIM (CA Bar No. 295277)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   (415) 343-7100
Facsimile:    (415) 343-7101
Email:          mkane@conmetkane.com
                    lkim@conmetkane.com

Attorneys for Defendant Roskin-Frazee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NOAH ROSKIN-FRAZEE,<br><br>    Defendant. | CASE NO. 25-CR- 0053-WHO (PK)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |

On December 11, 2024, Defendant Noah Roskin-Frazee was arrested and placed on pre-trial release in 23-CR-0471-WHO with a number of conditions, including that he surrender his passport and that his travel be restricted to the Northern District of California, where his permanent residence with his mother is located, and the Central District of California, where he was then attending college. (Dkt. 8). There have been several travel modifications since:

- On January 31, 2024, the Court modified his release conditions to allow travel to Las Vegas, Nevada, where his father resides. (Dkt. 18).

1

- On February 13, 2024, the Court further modified Mr. Roskin-Frazee's travel conditions to include the Eastern District of California as the most direct routes between his home and school, either by car and air, required that he travel through or over that district. (Dkt. 24).
- On June 28, 2024, the Court modified his release conditions to allow international travel to London, Scotland, and Barcelona between July 19 to July 29, 2024 and Canada between August 5 to August 14, 2024. (Dkt. 46).
- On December 3, 2024, the Court modified his release conditions to allow travel to Hawaii with his family from January 3, 2025 to January 10, 2025. (Dkt. 71).
- On March 3, 2025, the Court modified his release conditions to allow unrestricted domestic travel with advance permission and approval from Pre-trial Services. (25-CR-00053-WHO(LC), Dkt. 10.)

To date, Pretrial Services has not alleged that Mr. Roskin-Frazee has violated any of the terms or conditions of pre-trial release.

On February 27, 2025, Defendant Roskin-Frazee was arraigned on the above referenced misdemeanor Information (25-CR-0053-MAG) and released on the same terms and conditions as in 23-CR-0471-WHO. Mr. Roskin-Frazee now requests that the Court modify his release conditions in both cases to allow for Mr. Roskin-Frazee to travel to Singapore to visit former co-workers from August 17, 2025 to August 29, 2025. Mr. Roskin-Frazee will provide his complete air travel and trip itinerary to the government and Pre-trial Services in advance. Neither Mr. Roskin-Frazee's pre-trial services officer nor United States Attorney Nikhil Bhagat object to Mr. Roskin-Frazee's travel request.

//

AUSA Bhagat has reviewed this Stipulation and [Proposed] Order and authorizes undersigned counsel to file it on the parties' behalf.

**IT IS SO STIPULATED.**

DATED: August 7, 2025          Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

*/s/ Miranda Kane*
MIRANDA KANE
Attorney for Noah Roskin-Frazee

DATED: August 7, 2025          CRAIG H. MISSAKIAN
Attorney for the United States

*/s/ Nikhil Bhagat*
NIKHIL BHAGAT
Assistant United States Attorney

**[PROPOSED]** ORDER

GOOD CAUSE BEING SHOWN and pursuant to the parties' stipulation, Noah Roskin-Frazee's condition of pre-trial release in 25-CR-0053-WHO shall be modified to allow travel to Singapore from August 17, 2025 to August 29, 2025, with advance permission and approval from Pre-Trial Services. Pretrial Services is ordered to release Mr. Roskin-Frazee's passport to him, or counsel, no later than August 15, 2025. Mr. Roskin-Frazee must return his passport to Pretrial Services no later than September 2, 2025. All other conditions of release shall remain in effect.

**IT IS SO ORDERED.**

Dated: August 7, 2025

THE HONORABLE PETER KANG
United States Magistrate Judge