CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JEFFREY P. MITCHELL (CABN 236225)
Chief, Criminal Division
NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7193
FAX: (415) 436-6982
nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOAH ROSKIN-FRAZEE,<br><br>Defendant. | NO. CR 25-00053 WHO<br><br>STIPULATION RE INTERIM DISBURSEMENT OF FUNDS IN CLERK'S ACCOUNT AND ORDER |

The United States and defendant Noah Roskin-Frazee, by and through their respective counsel, hereby stipulate and agree as follows:

1. Pursuant to the plea agreement in the above-captioned matter and in the related case, No. 23-CR-00471 WHO, defendant Noah Roskin-Frazee agreed to deposit at least $1 million in the registry of the Court within 60 days of the entry of his guilty pleas and at least another $100,000 in the registry of the Court within 18 months of his guilty pleas. *See* Plea Agmt. ¶ 9. This money was to be deposited for the benefit of the defendant's restitution obligations. *Id.*

2. The Court has not yet made a final determination of the total restitution owed by the defendant, but the parties have agreed that it totals at least $3,945,096.32. *See* Plea Agmt. ¶ 9.

3. The defendant is enrolled in one of the Court's alternative justice programs; if the defendant successfully completes that program, the Court will likely not impose judgment for more than a year.

4. The parties have determined that it is appropriate for the Clerk to make interim distributions of the funds in the Clerk's registry to the victims, and have agreed that the defendant should receive credit in this amount towards any restitution the Court eventually orders.

5. As of August 2025, the defendant had deposited over $1,128,925.86 into the registry of the Court. *See* ECF Nos. 13, 19. That amount was subsequently disbursed to the victims. *See* ECF No. 28.

6. Since August 2025, the defendant has deposited over $562,686.92, exclusive of interest, into the registry of the Court, and the parties agree that it should be disbursed to the victims in the same proportion as the initial disbursement.

WHEREFORE, the parties respectfully request that the Court enter an order, in the form proposed below, directing the Clerk of Court to disburse the funds held in the registry to the victims previously identified in the sealed notice entered in this case as ECF No. 24.

IT IS SO STIPULATED on this 29th day of January, 2026.

CRAIG H. MISSAKIAN
United States Attorney

/s/ Nikhil Bhagat

NIKHIL BHAGAT
Assistant U.S. Attorney

CONRAD METLITZKY KANE LLP

/s/ Miranda Kane

MIRANDA KANE
Counsel for Noah Roskin-Frazee

**ORDER**

Pursuant to the parties' stipulation and for good cause shown:

IT IS HEREBY ORDERED that the Clerk of Court release all funds held in the Court Registry under case number 3:25-CR-00053 WHO, including both principal and any accrued interest;

IT IS FURTHER ORDERED that the Clerk of Court disburse **97 percent** of those funds to the victim identified as COMPANY B in **(Sealed) Docket Entry No. 24** in this case;

IT IS FURTHER ORDERED that the Clerk of Court disburse **three percent** of those funds to the victim identified as COMPANY A in **(Sealed) Docket Entry No. 24** in this case;

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 29, 2026

HON. WILLIAM H. ORRICK
Senior United States District Judge