**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL MINUTES
for proceedings held on October 15, 2026

Before Judge WILLIAM H. ORRICK

25-CR-00053-WHO and
23-CR-471-WHO-1

UNITED STATES v. NOAH ROSKIN-FRAZEE

Time in court: 2:12 p.m. to 3:08 p.m. (56 minutes)

| | |
|---|---|
| Attorney for United States: | Nikhil Bhagat |
| Attorney for Defendant: | Miranda Kane |

| | |
|---|---|
| Courtroom Deputy Clerk: | Jean Davis |
| Court Reporter: | Tiffany Salinas-Harwell |
| Probation Officer: | Cindy Suntay |
| Pretrial Services Officer: | Hannah DeBois |
| Interpreter: | n/a |

Defendant was present for hearing
Defendant is in custody

**PROCEEDINGS**

Sentencing held on 25-CR-53. Counsel confirm that the Court has reviewed all relevant material and that it is appropriate for sentence to be imposed at this time. The Court reviews the sentencing guidelines calculations with counsel who confirm their accuracy. Defense counsel heard as to the §3553(a) factors. The government, probation officer, and pretrial officer waive further comment on the §3553(a) factors. Mr. Roskin-Frazee is heard on his own behalf.

Whether or not the imposition of interest on the restitution amount is appropriate discussed. The Court will waive interest on the restitution amount.

The Court summarizes the factors considered in ultimately determining that the sentence proposed by the Plea Agreement is appropriate.

The appropriate scope of the computer use conditions to be imposed as a condition of Supervised Release is discussed. The parties are directed to further meet and confer as to whether or not less restrictive conditions that would address the government's concerns can be agreed upon. They may then file a joint motion for modification of the terms of probation. If they are unable to agree, they may submit a joint 5-page letter outlining the issue for the Court's consideration.

Sentence imposed as indicated below. Defendant is advised of his limited right of appeal.

The Court finds that Mr. Roskin-Frazee has completed all requirements of the LEADS program in Case No. 23cr471. The unopposed motion of defense to withdraw the guilty plea in that matter is granted. The government presents a written motion and order to dismiss Case 23cr471 which is signed in open court.

**SENTENCE:** Defendant is placed on Probation for a term of **3 years** under the conditions specified in the Judgment.
A special assessment fee of $25.00 is imposed. Fine waived.
Restitution ordered in the amount of $117,260.66 payable to Company A and $3,827,835.66 to Company B (companies identified in Dkt.24 of Case No. 25cr53. The accumulation of interest is waived.